16 USC 1855(3)(A)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK <br><br> *Plaintiff(s)* <br> v. <br> WILBUR ROSS, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE <br><br> *Defendant(s)* | Civil Action No. 19-3135 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Wilbur Ross, Secretary of Commerce
    U.S. Department of Commerce
    1401 Constitution Ave NW
    Washington, DC 20230


A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Catherine Kilduff
    CENTER FOR BIOLOGICAL DIVERSITY
    1212 Broadway, St. #800
    Oakland, CA 94612


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____  _____
                                                                                                *Signature of Clerk or Deputy Clerk*

16 USC 1855(3)(A)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILBUR ROSS, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE <br><br> *Defendant(s)* | Civil Action No. 19-3135 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Catherine Kilduff
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 

*Signature of Clerk or Deputy Clerk*

16 USC 1855(3)(A)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK <br><br> *Plaintiff(s)* <br><br> v. <br><br> WILBUR ROSS, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE <br><br> *Defendant(s)* | Civil Action No.  19-3135 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001


A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Catherine Kilduff
    CENTER FOR BIOLOGICAL DIVERSITY
    1212 Broadway, St. #800
    Oakland, CA 94612


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____    _____
                                                                      *Signature of Clerk or Deputy Clerk*

16 USC 1855(3)(A)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY;<br>TURTLE ISLAND RESTORATION NETWORK<br><br>*Plaintiff(s)*<br>v.<br>WILBUR ROSS, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE<br><br>*Defendant(s)* | Civil Action No.  19-3135 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>Civil-Process Clerk
>United States Attorney's Office
>Federal Courthouse
>450 Golden Gate Avenue
>San Francisco, CA 94102

A lawsuit has been filed against you.

Within 45 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Catherine Kilduff
>CENTER FOR BIOLOGICAL DIVERSITY
>1212 Broadway, St. #800
>Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*