1 Catherine Kilduff (CA Bar No. 256331)
Kristen Monsell (CA Bar No. 304793)
2 Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
3 1212 Broadway, St. #800
Oakland, CA 94612
4 Phone: (510) 844-7100
Facsimile: (510) 844-7150
5 ckilduff@biologicaldiversity.org
kmonsell@biologicaldiversity.org
6 miyoko@biologicaldiversity.org
7
8 *Attorneys for Plaintiffs Center for Biological Diversity*
*and Turtle Island Restoration Network*

9
## UNITED STATES DISTRICT COURT
10
## NORTHERN DISTRICT OF CALIFORNIA
11

12 CENTER FOR BIOLOGICAL DIVERSITY, and ) Case No. 19-cv-03135-KAW
TURTLE ISLAND RESTORATION NETWORK; )
13 )
Plaintiffs, )
14 )
) **CORPORATE DISCLOSURE**
15 v. ) **STATEMENT AND CERTIFICATE OF**
) **INTERESTED ENTITIES OR PERSONS**
16 WILBUR ROSS, Secretary of Commerce, and )
NATIONAL MARINE FISHERIES SERVICE, )
17 )
Defendants. )
18 )
19 )
)
20 )
)
21 )
)
22 )

23
## CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF
24
## INTERESTED ENTITIES OR PERSONS
25
Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for
26
Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network, certify that to
27
the best of my knowledge and belief these Plaintiffs do not have any parent companies,
28

1    subsidiaries, or affiliates that have issued shares to the public. Pursuant to Civil Local Rule 3-15,

2    the undersigned certifies that as of this date, other than the named parties, there is no such

3    interest to report.

4    Respectfully submitted this 6th day of June,

5

6    /s/ Catherine Kilduff

7

8    Catherine Kilduff
     Center for Biological Diversity
9    1212 Broadway, Suite 800
     Oakland, CA 94612
10   Phone: (510) 844-7108
     Facsimile: (510) 844-7150
11   Email: ckilduff@biologicaldiversity.org

12
     *Attorney for Plaintiffs Center for Biological*
13   *Diversity and Turtle Island Restoration Network*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Corporate Disclosure Statement and                    2                    Case no. 19-03135
Certificate of Interested Entities or Persons