Catherine Kilduff (CA Bar No. 256331)
Kristen Monsell (CA Bar No. 304793)
Miyoko Sakashita (CA Bar No. 239639)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org
kmonsell@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity
and Turtle Island Restoration Network*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; and TURTLE ISLAND RESTORATION NETWORK, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE;<br><br>Defendants. | Case No. 4:19-cv-03135<br><br>**AFFIDAVIT OF SERVICE OF SUMMONSES, COMPLAINT, AND OTHER DOCUMENTS** |

AFFIDAVIT OF SERVICE OF SUMMONSES, COMPLAINT, AND OTHER DOCUMENTS
Case No. 4:19-cv-03135

I, Kristen Monsell, hereby state that:

On the 11th day of June, 2019, I caused to be deposited in the U.S. Mail a copy of the Summons, Complaint, Certificate of Interested Parties, Magistrate Consent or Declination Form and Instructions, Standing Order of Magistrate Judge Kandis A. Westmore, and Initial Case Management Scheduling Order with ADR Deadlines in the above captioned case, postage prepaid, return receipt requested, addressed to the following:

> Wilbur Ross, Secretary of Commerce
> U.S. Department of Commerce
> 1401 Constitution Ave. NW
> Washington, DC 20230
>
> National Marine Fisheries Service
> 1315 East-West Highway
> Silver Spring, MD 20910
>
> Civil Process Clerk
> U.S. Attorneys Office
> 450 Golden Gate Ave.
> San Francisco, CA 94102
>
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave. NW
> Washington, D.C. 20530-0001

I further certify that, on June 26, 2019, I served copies of the Magistrate Consent or Declination Form electronically filed by Plaintiffs on each of the Defendants at the addresses listed above.

I have received the receipt for the certified mail, No. 70190140000079888763 (attached hereto), indicating that delivery of the Summons and Complaint was made upon Defendant Secretary Ross on the 17th day of June, 2019.

I have received the receipt for the certified mail, No. 70190140000079888756 (attached hereto), and confirmation via the U.S. Postal Service Online Tracking System (attached hereto) indicating that delivery of the Summons and Complaint was made upon Defendant the National Marine Fisheries Service on the 14th day of June, 2019.

I have received the receipt for the certified mail, No. 70190140000079888787 (attached hereto), indicating that delivery of the Summons and Complaint was made upon the U.S. Attorney

for the Northern District of California on the 13th day of June, 2019.

I have received the receipt for the certified mail, No. 70190140000079888794 (attached hereto), indicating that delivery of the Summons and Complaint was made upon the U.S. Attorney General on the 17th day of June, 2019.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2019               Respectfully Submitted,

                                   /s/ *Kristen Monsell*

                                   Kristen Monsell
                                   Center for Biological Diversity
                                   1212 Broadway, Ste. 800
                                   Oakland, CA 94612
                                   Phone: (510)-844-7137
                                   Email: kmonsell@biologicaldiversity.org

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, a copy of foregoing AFFIDAVIT OF SERVICE OF SUMMONSES, COMPLAINT AND OTHER DOCUMENTS, with attachments, was served by U.S. Mail on the following:

Wilbur Ross, Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230

National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910

Civil Process Clerk
U.S. Attorneys Office
450 Golden Gate Ave.
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

/s/ *Kristen Monsell*
Kristen Monsell