# EXHIBIT 1



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Remove X

**Tracking Number:** 70190140000079888756

**Expected Delivery on**

**FRIDAY**
**14** JUNE 2019 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

June 14, 2019 at 10:54 am
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910

Get Updates ∨



Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

June 14, 2019, 10:54 am
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910
Your item was delivered to the front desk, reception area, or mail room at 10:54 am on June 14, 2019 in SILVER SPRING, MD 20910.

June 14, 2019, 9:03 am
Arrived at Unit
SILVER SPRING, MD 20910

**June 14, 2019, 4:55 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 13, 2019, 6:48 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**June 13, 2019, 8:23 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**June 12, 2019**
In Transit to Next Facility

**June 11, 2019, 11:37 pm**
Departed USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

Feedback

**June 11, 2019, 9:19 pm**
Arrived at USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**