# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and TURTLE ISLAND RESTORATION NETWORK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　Defendants. | Case No. 4:19-cv-03135-KAW<br><br>**MODIFIED ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE ANSWER AND ADMINISTRATIVE RECORD BY 30 DAYS** |

　　IT IS HEREBY ORDERED that Defendants' Motion to Extend Time to File Answer and Administrative Record by 30 Days is GRANTED.  *See* Civil Local Rule 6-3(d).  Defendants' Answer and Administrative Record will be due August 15, 2019.

Date: August 1, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*