# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity, et al.<br><br>Plaintiff(s)<br>v.<br><br>Wilbur Ross, et al.<br><br>Defendant(s) | CASE No C 4:19-cv-03135 KAW<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 8/20/2019        /s/ Todd Steiner (Turtle Island Restoration
                                                Party

Date: 8/20/2019        /s/ Catherine Kilduff (Center for Biological D
                                                Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 8/20/2019        /s/ Catherine Kilduff
                                                Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

## **ATTESTATION**

I, Catherine Kilduff, am the ECF user whose identification and password are being used to file this ADR CERTIFICATION BY PARTIES AND COUNSEL. In compliance with L.R. 5-1(i), I attest that the other signatory has concurred in this filing.

DATED: August 20, 2019

/s/ *Catherine Kilduff*

Catherine Kilduff

ADR Certification
Case No. 4:19-cv-03135