**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

## CIVIL MINUTES

**Date:** September 10, 2019    **Time:** 16 minutes    **Judge:** KANDIS A. WESTMORE
**Case No.**: 19-cv-03135-KAW    **Case Name:** Center For Biological Diversity et al v. Ross et al

**Attorney for Plaintiff:** Kristen Monsell
**Attorney for Defendant:** Briena Strippoli and Jessica Held via Courtcall

**Deputy Clerk:** Indira Aguilar    **Court Reporter:** FTR: 1:44 – 2:00

## PROCEEDINGS

Initial Case Management Conference held.

Plaintiff's request for extension on page limitations is granted. Plaintiff's brief will be no more than 35 pages and the opposition/reply will be no more than 25 pages.

The Court recommends that the parties meet and confer regarding Plaintiff's Request to Augment the Record.

The briefing schedule is approved as follows:
Plaintiff's Motion for Summary Judgment is due 9/12/2019.
Defendant's Opposition to Plaintiff's MSJ and Cross MSJ is due 10/10/19.
Plaintiff's Reply in Support of MSJ and Opposition to Defendant's Cross MSJ is due 10/28/19.
Defendant's Reply in Support of MSJ is due 11/15/19.
MSJ hearing is set for 12/5/19 at 1:30 p.m.