**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Case No. 19-cv-03135-KAW <br><br> [PROPOSED] **ORDER DENYING DEFENDANTS' MOTION TO STAY SUMMARY JUDGMENT BRIEFING PENDING THE COURT'S DECISION ON PLAINTIFFS' MOTION TO ADMIT EXTRA-RECORD EVIDENCE** |

Considering the relevant papers, evidence, and arguments, and finding good cause:

IT IS HEREBY ORDERED that Defendants' Motion to Stay Summary Judgment Briefing Pending the Court's Decision on Plaintiffs' Motion to Admit Extra-Record Evidence is DENIED.

The Court will hear Plaintiffs' Motion to Admit Extra-Record Evidence concurrently with the cross motions for summary judgment. The summary judgment briefing schedule adopted on September 11, 2019, Dkt. No. 25, remains in place.

DATED: 10/1/19

HON. KANDIS A. WESTMORE
United States Magistrate Judge