1  Catherine Kilduff (CA Bar No. 256331)
2  Kristen Monsell (CA Bar No. 304793)
   Miyoko Sakashita (CA Bar No. 239639)
3  CENTER FOR BIOLOGICAL DIVERSITY
   1212 Broadway, St. #800
4  Oakland, CA 94612
   Phone: (510) 844-7100
5  Facsimile: (510) 844-7150
   ckilduff@biologicaldiversity.org
6  kmonsell@biologicaldiversity.org
   miyoko@biologicaldiversity.org
7
8  *Attorneys for Plaintiffs Center for Biological Diversity*
   *and Turtle Island Restoration Network*
9

10          **IN THE UNITED STATES DISTRICT COURT**
11      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
            **OAKLAND DIVISION**
12

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK | Case No. 19-cv-03135-KAW |
| Plaintiffs, | **DECLARATION OF CATHERINE KILDUFF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR FEES AND COSTS** |
| v. | Date: Thursday, August 20, 2020 Time: 1:30 p.m. Place: TBD Magistrate Judge: Honorable Kandis Westmore |
| WILBUR ROSS, Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

## DECLARATION OF CATHERINE W. KILDUFF

I, Catherine Kilduff, declare under penalty of perjury that the following is true and correct.

**A.    Background**

1.    I have been a member of the California bar since 2008 and was admitted to the Northern District of California in 2009. If called as a witness, I could and would competently testify to the matters set forth herein.

2.    I am counsel for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network in this case. The Center for Biological Diversity is a 501(c)(3) organization with 197 current employees.

3.    I met and conferred by phone with Jessica Held, Defendants' attorney, on July 8, 2020. While the Parties have engaged in settlement discussions and reached a provisional agreement in principle to resolve the fees and costs, they need additional time to obtain the required approvals of the appropriate Government officials to finalize the commitment.

4.    I obtained my undergraduate degree from Dartmouth College in 2000 and majored in Biology with a focus on Ecology and Evolution. In 2002 I obtained my Master of Science from the Virginia Institute of Marine Science and wrote a thesis with a Fisheries Department academic advisor.

5.    I obtained my law degree in 2007 from the University of Virginia School of Law. While in law school I participated in the environmental clinic program.

6.    Prior to law school I was legislative staff for the U.S. House Committee on Natural Resources, specifically focusing on oversight and legislation related to oceans, fisheries, and wildlife.

7.    I have worked at the Center for Biological Diversity since 2009. In the ten years I have practiced law at the Center for Biological Diversity in the Oceans Program I have gained a deep and specialized expertise in the area of environmental law. My practice has focused on federal environmental laws such as the Endangered Species Act (ESA), the National Environmental Policy

Act (NEPA), and the Magnuson Stevens Fishery Conservation and Management Act (Magnuson Stevens Act).

**B.      Reasonableness of Time Spent and Expenses Incurred**

8.      The preparation of this case required review of scientific information regarding the leatherback sea turtle's ecology and threats to its continued existence, including threats in its natural habitat; documents related to the designation in the Pacific Ocean of critical habitat under the Endangered Species Act for the leatherback sea turtle; agency records related to incidents of entanglement of leatherback sea turtles in fishing gear; past judicial decisions regarding protection of leatherback sea turtles from fishing; and other relevant information. My specialized background and experience in practicing environmental law, and prosecuting cases related to endangered sea turtles in particular, allowed me to prepare, undertake, and bring this case to completion efficiently.

9.      I maintained detailed, contemporaneous records for my work time on an Excel spreadsheet. I actively timed my work while it was being conducted. The records of my work, and the work of Cynthia Elkins, the paralegal whom I supervised, are attached hereto as Exhibit 1.

**C.      Reasonableness of Rate**

10.      As described above, I am a specialist with distinctive skill in federal environmental law and serve as an attorney for Center for Biological Diversity.

11.      In assessing the reasonableness of the rate, I considered that this case required knowledge of the ESA, NEPA, Administrative Procedure Act, and Magnuson Stevens Act. In my opinion this litigation was highly specialized as it required substantial knowledge of environmental law and administrative law.

12.      Based on my general litigation experience, my review of attorneys' fee declarations in other cases, my research of current attorney rates in the San Francisco Bay Area legal market, and based on my discussions with other San Francisco Bay Area attorneys, I am familiar with the commercial billing rates of attorneys in the San Francisco Bay Area, and the rates that courts have awarded as reasonable hourly rates in the United States District Court for the Northern District of California, and in the San Francisco area specifically.

13.     In light of my distinctive knowledge, skill, and experience, and consistent with the specific prevailing market rate structure for law practice within the Northern District of California, I determined my appropriate rate for fee recovery in this case to be $636/hour.

14.     Based on my knowledge of attorneys' rates and my experience in public interest litigation, it is my opinion the rates of myself (JD in 2007, $636), Kristen Monsell (JD in 2009, $585), Miyoko Sakashita (JD in 2005, $717), and Cynthia Elkins (paralegal, $200) in 2019 are within the range of prevailing market rates for attorneys and paralegals.

15.     In my opinion, these rates are reasonable and commensurate with the well within the range of reasonable hourly rates charged by attorneys of comparable experience, expertise, and reputation for litigation of comparable complexity.

16.     A useful benchmark for determining reasonable market rates is the updated *Laffey* Matrix. *Smith v. District of Columbia*, 466 F. Supp. 2d 151, 156 (D.D.C. 2006); *Kempf v. Barrett Bus. Servs.*, No. C-06-3161 SC, 2007 U.S. Dist. LEXIS 89447, *13-14 (N.D. Cal. Nov. 20, 2007), aff'd. 336 Fed. Appx. 658, 2009 U.S. App. LEXIS 13334 (9th Cir. 2009) (finding attorneys' requested fees reasonable when compared to rates in the Updated Laffey Matrix).

17.     A true and correct copy of the updated Laffey Matrix, which I downloaded from http://www.laffeymatrix.com/see.html, is attached as Exhibit 2. The rates for the years relevant to this case, which was filed June 6, 2019, are:

|  |  | Years Since Law School | |
| --- | --- | --- | --- |
| Year | Paralegal | 8-10 | 11-19 |
| 6/01/19- 5/31/20 | $203 | $661 | $747 |

18.     The rate requested is well within the range of hourly rates awarded in the Northern District of California:

**2017**

(1) *Pacificans For A Scenic Coast v. Cal. DOT*, No. 15-02090, 2017 U.S. Dist. LEXIS 199145 (N.D. Cal. Nov. 22, 2017), an award of attorneys' fees for hours spent litigating

Endangered Species Act claims, in which the court found the following 2017 hourly rates reasonable. *See* No. 15-02090, Dkt. No. 134, ¶14 (listing hourly rates).

| Year Law School Graduation | Rate in 2017 |
| --- | --- |
| 1986 | $800 |
| 1993 | $700 |
| 2007 | $575 |
| 2015 | $250 |
| Paralegal (>10 years exp.) | $275 |

## **2016**

(2) *Nat'l Fed'n of the Blind of Cal. v. Uber Techs.*, No. 14-04086 NC, 2016 U.S. Dist. LEXIS 192176 (N.D. Cal. Dec. 6, 2016), Order Granting Final Approval and Attorneys' Fees (Dkt. No. 139), a class action against Uber alleging that it violated federal antidiscrimination laws by allowing its drivers to refuse to accept service dogs, in which the court found the following 2016 hourly rates reasonable (before applying a 1.5 lodestar multiplier). *See* No. 14-cv-04086, Dkt. No. 119 at 15 (listing hourly rates).

| Year Law School Graduation | Rate |
| --- | --- |
| 1980 | $900 |
| 1985 | $895 |
| 1997 | $740 |
| 2010 | $475 |
| 2011 | $460 |
| 2014 | $355 |
| Paralegals | $275 |

**2014-15**

(3) *Our Children's Earth Found. v. EPA*, No. 13-cv-02857-JSW, 2016 U.S. Dist. LEXIS 40626, *19 (N.D. Cal. Mar. 25, 2016), an award of attorneys' fees for hours spent litigating Clean Water Act, Endangered Species Act, and Administrative Procedure Act claims, in which the court found the following 2014-2015 hourly rates reasonable. *See Our Children's Earth Found. v. EPA*, No. 13-cv-02857-JSW (KAW), 2016 U.S. Dist. LEXIS 40558, *31-33 (N.D. Cal. Jan. 21, 2016) (listing hourly rates).

| Years of Experience | Rate |
|---|---|
| 27 | $655 |
| 13 | $525 |
| 11 | $520 |
| Paralegal | $160 |

19.     In my opinion, the ability of public interest environmental litigators to recover fully compensatory, reasonable market rates in cases like this is critical to overcome the obstacles that prevent private attorneys from providing similar litigation services. Because public interest environmental cases like this one typically do not seek damages, but rather equitable relief, these cases are generally not attractive to qualified counsel on a percentage-of-recovery, or other typical contingency fee arrangement. Thus, recovery of reasonable market-based fees ensures qualified attorneys continue to pursue public interest environmental litigation.

**D.     Reasonableness of Costs and Expenses**

20.     In my opinion Plaintiffs' costs and expenses for this litigation were those normally billed to a client. Receipts are attached in Exhibit 3.

| Date | Description | Amount |
|---|---|---|
| 06/06/19 | Filing fee | $400.00 |
| 09/23/19 | Chambers copies of MSJ brief and record motion | $64.52 |
| 11/27/19 | Kilduff Airfare for oral argument (12/18 - 12/20) | $786.00 |

|  | | Copies for oral argument | $22.50 |
|---|---|---|---|
|  | | Dividers for paper copies for oral argument | $15.63 |
| 12/20/19 | | Kilduff Hotel for oral argument (12/18 - 12/20) | $336.49 |
|  | | LEXIS FEES | excluded |
|  | | **TOTAL COSTS:** | **$1,625.14** |

I executed this declaration on July 9, 2020.

/s/ *Catherine Kilduff*
Catherine Kilduff

# Exhibit 1

**Fees and Costs**
**Center for Biological Diversity**
***Center for Biological Diversity v. Ross*** **, Case No. 4:19-cv-03135-KAW**

**ATTORNEY FEES**

**Attorney Fees - Catherine Kilduff**
**Hourly Rate - $636**

| Date | Description | Time | Amount |
|------|-------------|------|--------|
| 05/21/19 | Review BiOp & EA to determine risk to leatherbacks. | 2.4 | $ 1,526.40 |
| 05/30/19 | Draft claims for litigation | 0.7 | $ 445.20 |
| 05/31/19 | Draft complaint. | 0.9 | $ 572.40 |
| 06/01/19 | Draft complaint. | 2.7 | $ 1,717.20 |
| 06/03/19 | Talk to KM re claims and strategy | 1.0 | $ 636.00 |
| 06/04/19 | Draft complaint. | 4.1 | $ 2,607.60 |
| 06/05/19 | Talk to KM re claims and strategy | 0.8 | $ 508.80 |
| 06/05/19 | Edit complaint's facts and claims. | 0.4 | $ 254.40 |
| 06/05/19 | Add required citations per local rules. | 1.1 | $ 699.60 |
| 06/06/19 | File complaint, summons, & certificate of interested parties. | 1.5 | $ 954.00 |
| 06/11/19 | Legal research on preparation for filing service of documents. | 0.7 | $ 445.20 |
| 07/09/19 | Outlining motion for summary judgment. | 0.6 | $ 381.60 |
| 07/11/19 | Research requirement for agency response per 16 usc 1855(f). | 0.3 | $ 190.80 |
| 07/22/19 | Emailing paralegal with strategy for opposition. | 0.6 | $ 381.60 |
| 07/23/19 | Draft outline of motion in response and declaration. | 2.5 | $ 1,590.00 |
| 07/26/19 | Revise response to motion to shorten time and declaration. | 0.9 | $ 572.40 |
| 07/26/19 | File response to motion to shorten time. | 0.2 | $ 127.20 |
| 08/16/19 | Review D's answer | 0.5 | $ 318.00 |
| 08/20/19 | Meet and confer with DOJ. | 0.3 | $ 190.80 |
| 08/20/19 | Fill out ADR certification. | 0.2 | $ 127.20 |
| 08/21/19 | Email KM and DOJ re: schedule. | 0.2 | $ 127.20 |
| 08/22/19 | Review administrative record. | 1.7 | $ 1,081.20 |
| 08/25/19 | Review administrative record. | 1.3 | $ 826.80 |
| 08/26/19 | Review administrative record. | 0.8 | $ 508.80 |
| 08/26/19 | Strategize order of claims in MSJ brief. | 0.9 | $ 572.40 |
| 08/26/19 | Review administrative record. | 0.4 | $ 254.40 |
| 08/26/19 | Talk with K Monsell | 0.6 | $ 381.60 |
| 08/26/19 | Review record for evidence to support claims. | 1.4 | $ 890.40 |
| 08/27/19 | Review administrative record. | 2.1 | $ 1,335.60 |
| 08/28/19 | Review administrative record. | 1.0 | $ 636.00 |
| 08/28/19 | Discuss outline and evidence for MSJ brief with KM. | 0.8 | $ 508.80 |
| 08/28/19 | Review administrative record. | 0.6 | $ 381.60 |
| 08/28/19 | Review admin record to determine extra record evidence. | 1.6 | $ 1,017.60 |
| 08/29/19 | Review administrative record. | 4.0 | $ 2,544.00 |
| 08/29/19 | Talk to client, Todd Steiner, about litigation. | 0.5 | $ 318.00 |
| 08/29/19 | Talk to KM re: litigation strategy. | 0.6 | $ 381.60 |
| 08/29/19 | Draft email to DOJ regarding administrative record. | 0.9 | $ 572.40 |
| 08/29/19 | Edit case management statement. | 1.3 | $ 826.80 |
| 08/29/19 | Draft case management statement facts and legal claims. | 1.9 | $ 1,208.40 |

| | | | | |
|---|---|---|---|---|
| 08/30/19 | Revise case management statement. | 0.9 | $ | 572.40 |
| 08/30/19 | Email B. Cummings & K. Monsell re: proposed litigation schedule. | 0.2 | $ | 127.20 |
| 08/30/19 | Draft agenda for litigation meeting with K Monsell. | 0.2 | $ | 127.20 |
| 08/30/19 | Discuss litigation with K. Monsell. | 0.9 | $ | 572.40 |
| 08/30/19 | Email DOJ to ask for data file in original format instead of PDF. | 0.3 | $ | 190.80 |
| 09/01/19 | Add details to MSJ outline. | 0.2 | $ | 127.20 |
| 09/02/19 | Review NEPA documents. | 0.7 | $ | 445.20 |
| 09/03/19 | Email client re standing declarations. | 0.1 | $ | 63.60 |
| 09/03/19 | Talk to DOJ re: finalizing the case management statement. | 0.2 | $ | 127.20 |
| 09/03/19 | Email DOJ with information about document request. | 0.1 | $ | 63.60 |
| 09/03/19 | Edit case management statement. | 0.6 | $ | 381.60 |
| 09/03/19 | Draft NEPA MSJ argument. | 0.8 | $ | 508.80 |
| 09/03/19 | Review case management statement. | 0.6 | $ | 381.60 |
| 09/03/19 | Draft email and standing questionnaire for TIRN declarant. | 0.4 | $ | 254.40 |
| 09/04/19 | Email member standing declarant. | 0.2 | $ | 127.20 |
| 09/04/19 | Draft NEPA argument. | 0.4 | $ | 254.40 |
| 09/04/19 | Talk to client, Todd Steiner, about litigation timing. | 0.1 | $ | 63.60 |
| 09/04/19 | Email K Monsell about drafting details and strategy. | 0.1 | $ | 63.60 |
| 09/04/19 | Draft NEPA argument. | 0.4 | $ | 254.40 |
| 09/05/19 | Draft NEPA arguments. | 1.1 | $ | 699.60 |
| 09/05/19 | Talk to KM re: briefing the motion for summary judgment. | 1.5 | $ | 954.00 |
| 09/05/19 | Interview member declarant. | 0.5 | $ | 318.00 |
| 09/05/19 | Draft NEPA arguments. | 1.8 | $ | 1,144.80 |
| 09/06/19 | Draft NEPA arguments. | 4.3 | $ | 2,734.80 |
| 09/06/19 | Draft Center organizational declaration. | 0.5 | $ | 318.00 |
| 09/06/19 | Draft Center member declaration. | 0.9 | $ | 572.40 |
| 09/06/19 | Email KM about strategy regarding the administrative record. | 0.4 | $ | 254.40 |
| 09/06/19 | Draft NEPA argument on alternatives analyzed. | 2.7 | $ | 1,717.20 |
| 09/07/19 | Draft NEPA argument on significance factors. | 2.6 | $ | 1,653.60 |
| 09/09/19 | Email staff scientist for advice on Best Available Science argument. | 0.5 | $ | 318.00 |
| 09/09/19 | Draft T Steiner declaration | 0.6 | $ | 381.60 |
| 09/09/19 | Draft TIRN member declaration. | 0.9 | $ | 572.40 |
| 09/09/19 | Draft TIRN member declaration. | 0.3 | $ | 190.80 |
| 09/09/19 | Discuss draft MSJ brief with Kristen. | 1.0 | $ | 636.00 |
| 09/09/19 | Edit MSJ motion. | 2.0 | $ | 1,272.00 |
| 09/10/19 | Discuss case management conference with KM. | 0.4 | $ | 254.40 |
| 09/10/19 | Edit draft member declarations. | 0.5 | $ | 318.00 |
| 09/10/19 | Draft facts | 4.2 | $ | 2,671.20 |
| 09/11/19 | Edit MSJ motion. | 4.8 | $ | 3,052.80 |
| 09/11/19 | Draft additional NEPA arguments. | 1.1 | $ | 699.60 |
| 09/11/19 | Edit extra record motion. | 1.8 | $ | 1,144.80 |
| 09/12/19 | Edit NEPA arguments. | 1.0 | $ | 636.00 |
| 09/12/19 | Talk to KM re: MSJ edits. | 0.5 | $ | 318.00 |
| 09/12/19 | Talk to KM re: next steps. | 0.2 | $ | 127.20 |
| 09/12/19 | Edit MSJ motion. | 0.7 | $ | 445.20 |
| 09/12/19 | Talk to client | 0.6 | $ | 381.60 |
| 09/12/19 | Edit MSJ motion. | 5.7 | $ | 3,625.20 |

| | | | | |
|---|---|---|---|---|
| 09/13/19 | Final edits to MSJ. | 1.4 | $ | 890.40 |
| 09/13/19 | File MSJ and Mot to Admit Extra Record. | 0.5 | $ | 318.00 |
| 09/23/19 | Review case law likely to be cited in opposition. | 1.1 | $ | 699.60 |
| 09/26/19 | Brainstorm arguments for reply to opp to admit extra record evidence. | 0.7 | $ | 445.20 |
| 09/27/19 | Case law research. | 0.3 | $ | 190.80 |
| 09/27/19 | Talk w/ K Monsell re: opp to stay & reply ISO mot to admit ER evid. | 1.3 | $ | 826.80 |
| 09/29/19 | Edit opposition to stay. | 0.8 | $ | 508.80 |
| 09/30/19 | Draft reply ISO motion to admit extra record evidence. | 4.1 | $ | 2,607.60 |
| 10/01/19 | Draft reply ISO motion to admit extra record evidence. | 2.1 | $ | 1,335.60 |
| 10/02/19 | Revise reply ISO motion to admit extra record evidence. | 2.9 | $ | 1,844.40 |
| 10/03/19 | Revise reply ISO motion to admit extra record evidence. | 1.0 | $ | 636.00 |
| 10/03/19 | Final review of the reply. | 0.4 | $ | 254.40 |
| 10/09/19 | Review and consider DOJ's email about completing the record. | 0.4 | $ | 254.40 |
| 10/15/19 | Review DOJ reply. | 1.0 | $ | 636.00 |
| 10/15/19 | Talk with KM about strategy in reply and areas to research case law. | 1.1 | $ | 699.60 |
| 10/16/19 | Email CE re: legal research. | 0.1 | $ | 63.60 |
| 10/17/19 | Review opposition; outline reply. | 1.2 | $ | 763.20 |
| 10/17/19 | Email CE re: legal research. | 0.2 | $ | 127.20 |
| 10/18/19 | Review opposition and facts in AR. | 1.3 | $ | 826.80 |
| 10/21/19 | Review supplement to AR. | 1.0 | $ | 636.00 |
| 10/21/19 | Review opposition and facts in AR. | 2.7 | $ | 1,717.20 |
| 10/22/19 | Case law research on NEPA arguments. | 0.2 | $ | 127.20 |
| 10/22/19 | Draft NEPA arguments. | 1.5 | $ | 954.00 |
| 10/23/19 | Draft NEPA arguments. | 5.5 | $ | 3,498.00 |
| 10/24/19 | Draft NEPA arguments. | 3.5 | $ | 2,226.00 |
| 10/24/19 | Discuss reply with KM. | 0.4 | $ | 254.40 |
| 10/24/19 | Draft NEPA arguments. | 2.3 | $ | 1,462.80 |
| 10/24/19 | Edit KM's ESA section of reply | 2.7 | $ | 1,717.20 |
| 10/25/19 | Review proposed changes and questions from MS and KM. | 0.6 | $ | 381.60 |
| 10/25/19 | Discuss strategy in reply brief and next steps with KM | 0.9 | $ | 572.40 |
| 10/25/19 | Write section analyzing method to quantify population impacts in BiOp | 0.6 | $ | 381.60 |
| 10/25/19 | Draft NEPA arguments. | 0.8 | $ | 508.80 |
| 10/25/19 | Talk with T. Steiner, co-plaintiff, re: brief | 0.1 | $ | 63.60 |
| 10/25/19 | Draft NEPA cumulative impacts reply | 2.8 | $ | 1,780.80 |
| 10/26/19 | Edit ESA arguments. | 2.7 | $ | 1,717.20 |
| 10/26/19 | Finish drafting NEPA arguments | 2.4 | $ | 1,526.40 |
| 10/28/19 | Edit ESA arguments | 0.8 | $ | 508.80 |
| 10/28/19 | Edit NEPA arguments | 1.1 | $ | 699.60 |
| 10/28/19 | Discuss remaining legal issues in reply brief with KM. | 0.6 | $ | 381.60 |
| 10/28/19 | Reviewing/revising case parentheticals & other edits. | 1.7 | $ | 1,081.20 |
| 11/18/19 | Review DOJ reply. | 0.6 | $ | 381.60 |
| 11/18/19 | Research recent whale & sea turtle entanglement info. | 0.5 | $ | 318.00 |
| 11/22/19 | Moot court for oral argument | 2.0 | $ | 1,272.00 |
| 11/25/19 | Oral argument preparation. | 0.7 | $ | 445.20 |
| 11/25/19 | Prepare for oral argument moot court | 2.0 | $ | 1,272.00 |
| 11/26/19 | Prepare for oral argument moot court | 2.3 | $ | 1,462.80 |
| 11/26/19 | Moot court for oral argument | 1.6 | $ | 1,017.60 |
| 11/27/19 | Call and email DOJ re: settlement offer. | 0.7 | $ | 445.20 |

| 12/17/19 | Moot court for oral argument | 1.1 | $ | 699.60 |
| 12/18/19 | Research APA case law in preparation for oral argument. | 0.7 | $ | 445.20 |
| 12/18/19 | Prepare for oral argument | 4.9 | $ | 3,116.40 |
| 12/19/19 | Prepare for oral argument | 3.3 | $ | 2,098.80 |
| 12/19/19 | Oral argument | 1.5 | $ | 954.00 |
| | **Total Catherine Kilduff** | **174.2** | **$** | **110,791.20** |

**Paralegal Fees - Cynthia Elkins**
**Hourly Rate - $200**

| Date | Description | Time | | Amount |
|---|---|---|---|---|
| 07/22/19 | Read complaint & other case filings | 2.3 | | excluded |
| 07/22/19 | Emails w/ Kilduff re: opp to mot to extend | 0.3 | $ | 60.00 |
| 07/23/19 | Read defs' mot to extend & assoc. filings | 0.6 | $ | 120.00 |
| 07/23/19 | Read caselaw re: good cause standard | 1.7 | $ | 340.00 |
| 07/23/19 | Research/read caselaw & leg history for opp to mot to extend | 2.1 | $ | 420.00 |
| 07/23/19 | Notes for opp to mot to extend | 0.4 | $ | 80.00 |
| 07/23/19 | Draft opp to mot to extend | 1.2 | $ | 240.00 |
| 07/24/19 | Emails w/ Kilduff re: opp to mot to extend | 0.1 | $ | 20.00 |
| 07/24/19 | Edit decl for opp to mot to extend | 0.5 | $ | 100.00 |
| 07/24/19 | Draft opp to mot to extend | 3.1 | $ | 620.00 |
| 07/24/19 | Review/research caselaw for opp to mot to extend | 0.9 | $ | 180.00 |
| 07/24/19 | Edit/revise opp to mot to extend | 1.7 | $ | 340.00 |
| 07/24/19 | Emails w/ Kilduff re opp to mot to extend | 0.2 | $ | 40.00 |
| 08/20/19 | Email w/ Kilduff re: ADR process | 0.2 | $ | 40.00 |
| 08/29/19 | Emails w/ Kilduff re: timeline & tasks for MSJ | 0.3 | $ | 60.00 |
| 09/09/19 | Emails w/ Kilduff re: timing for MSJ | 0.2 | $ | 40.00 |
| 09/09/19 | Emails w/ Kilduff re: AR & missing docs | 0.2 | $ | 40.00 |
| 09/09/19 | Emails w/ Kilduff & Monsell re: mot to admit ER evidence | 0.4 | $ | 80.00 |
| 09/09/19 | Finalize decs ISO MSJ w/ signatures | 0.3 | $ | 60.00 |
| 09/10/19 | Finalize decs ISO MSJ w/ signatures | 0.5 | $ | 100.00 |
| 09/10/19 | Research/read caselaw & docs for mot to admit ER evid | 2.9 | $ | 580.00 |
| 09/10/19 | Draft mot & memo ISO mot to admit ER evid | 3.4 | $ | 680.00 |
| 09/10/19 | Draft mot & memo ISO mot to admit ER evid | 4.2 | $ | 840.00 |
| 09/10/19 | Revise mot & memo ISO mot to admit ER evid | 0.8 | $ | 160.00 |
| 09/11/19 | Revise mot & memo ISO mot to admit ER evid | 1.2 | $ | 240.00 |
| 09/11/19 | Email w/ Kilduff & Monsell re: draft motion | 0.2 | $ | 40.00 |
| 09/11/19 | Cite-check authorities & edit text of MSJ | 6.2 | $ | 1,240.00 |
| 09/12/19 | Emails w/ Kilduff & Monsell re: MSJ edits | 0.4 | $ | 80.00 |
| 09/12/19 | Check AR cites to pg 19 | 2.3 | $ | 460.00 |
| 09/12/19 | Create caption, TOA, TOC for MSJ | 2.6 | $ | 520.00 |
| 09/12/19 | Review & finalize MSJ | 0.3 | $ | 60.00 |
| 09/30/19 | Emails w/ Kilduff re: defs' mot to stay | 0.1 | $ | 20.00 |
| 09/30/19 | Cite-check & edit opp to stay motion | 1.6 | $ | 320.00 |
| 09/30/19 | Finalize prop order & opp to mot to stay | 0.2 | $ | 40.00 |
| 09/30/19 | File prop order & opp to mot to stay | 0.2 | $ | 40.00 |
| 10/03/19 | Cite-check & edit reply ISO mot for ER evid | 1.8 | $ | 360.00 |
| 10/03/19 | Emails w/ Kilduff re: edits & finalizing reply | 0.1 | $ | 20.00 |
| 10/17/19 | Emails w/ Kilduff re: NEPA regs - will violate vs. threatens to violate | 0.6 | $ | 120.00 |
| 10/17/19 | Research re: 40 C.F.R. § 1508.27(b)(10) | 2.8 | $ | 560.00 |
| 10/18/19 | Research re: 40 C.F.R. § 1508.27(b)(10) | 1.2 | $ | 240.00 |

| 10/21/19 | Emails w/ Kilduff re: 1508.27(b)(10) | 0.4 | $ | 80.00 |
| 10/27/19 | Emails w/ Kilduff & Monsell re: MSJ Reply | 0.3 | $ | 60.00 |
| 10/28/19 | Cite-check & edit Reply ISO MSJ | 5.6 | $ | 1,120.00 |
| 10/28/19 | Create TOA & TOC for MSJ, finalize for filing | 2.1 | $ | 420.00 |
| | **Total Cynthia Elkins** | **56.4** | **$** | **11,280.00** |

# Exhibit 2

# LAFFEY MATRIX

History

Case Law

Expert Opinions

See the Matrix

Contact us

Home

Links

`<tr>`

| | | | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |

| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

# Exhibit 3

**Catherine Kilduff**

**From:** notification@pay.gov
**Sent:** Thursday, June 06, 2019 10:47 AM
**To:** Catherine Kilduff
**Subject:** Pay.gov Payment Confirmation: CAND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 26HVGPDD
Agency Tracking ID: 0971-13412282
Transaction Type: Sale
Transaction Date: Jun 6, 2019 10:46:51 AM

Account Holder Name: Catherine Kilduff
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************5001

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



# Invoice

| PAYMENT DUE DATE | Invoice Date | Invoice # |
|---|---|---|
| *10/5/2019* | 9/20/2019 | 44036 |

Remittance Address:

1539-C Third Avenue
Walnut Creek, CA  94597

**Phone:  (925) 478-8222**
**Web:    www.QUiVXCA.com**

Oakland | Walnut Creek

| Forward Invoice to Accounts Payable |
|---|
| Bill To |
| Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

Phone:   (415) 436-9682      Fax:   (510) 844-7150 |

| P.O. No. | Payment Terms | Account Manager | Ordered By | Client Matter / Case Reference | QUiVX Job # |
|---|---|---|---|---|---|
|  | Net 15 | RQ | Kristen Monsell | LLEFP | 416792 |

| Quantity | Description | Item | Amount |
|---|---|---|---|
|  | Blowback briefs x1, single-sided and velo bind with cardstock covers | -PROJECT DESCRIPTION- |  |
| 488 | Document printing from file | B&W Blowbacks - Auto | 53.68T |
| 2 | Velo Binding Services | Velo | 4.50T |
| 4 | Colored heavy weight card stock | Cardstock Covers | 0.88T |
|  | Sales Tax city of Oakland 9.25% (Effective 4/1/2017) |  | 5.46 |

| Client
Signature:                              Printed Name: | **Total** | $64.52 |
|---|---|---|

**To pay by Credit Card please call: (925) 693-0881**

  

Past due invoices will incur a 1.5% late fee each month. All past due invoices are immediately subject to third party collections and may result in a suspended account. Please remit payment promptly.

**Please make checks payable to:  QUiVX**
**Tax Information:  Choice Legal Corp. Tax ID#:  26-4735334 (Corporation)**

**Catherine Kilduff**

| | |
|---|---|
| **From:** | Catherine Ware Kilduff <catherine.kilduff@gmail.com> |
| **Sent:** | Monday, December 09, 2019 3:17 PM |
| **To:** | Catherine Kilduff |
| **Subject:** | Fwd: Catherine Kilduff's 12/18 Oakland trip (TCPOMH): Your change is confirmed. |

---------- Forwarded message ---------
From: **Southwest Airlines <**southwestairlines@ifly.southwest.com**>**
Date: Wed, Nov 27, 2019, 3:04 PM
Subject: Catherine Kilduff's 12/18 Oakland trip (TCPOMH): Your change is confirmed.
To: <catherine.kilduff@gmail.com>



Here's your updated itinerary and trip receipt.
View our mobile site | View in browser

**Manage Flight** | **Flight Status** | **My Account**

## Hi Catherine,

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt. See you onboard soon!

**DECEMBER 18**

# ORF ⊠ OAK

Norfolk to Oakland

Confirmation # **TCPOMH**                                        Confirmation date: 11/27/2019

| **PASSENGER** | **Catherine Kilduff** |
|---|---|
| RAPID REWARDS # | 1063478356 |
| TICKET # | 5262145339825 |
| EXPIRATION[1] | January 28, 2020 |
| EST. POINTS EARNED | 4,182 |

Rapid Rewards® points are only estimations.

# Your itinerary

**Flight 1:** Wednesday, 12/18/2019   Est. Travel Time: **9h 45m**   Wanna Get Away®



| FLIGHT # 1641 | DEPARTS<br>**ORF 10:45**AM<br>Norfolk | | ARRIVES<br>**BWI 11:45**AM<br>Baltimore |
| Stop: Change planes | | | |
| FLIGHT # 0439 | DEPARTS<br>**BWI 02:15**PM<br>Baltimore | | ARRIVES<br>**OAK 05:30**PM<br>Oakland |

**Flight 2:**  Friday, 12/20/2019  Est. Travel Time: **6h 55m**  Wanna Get Away®

| FLIGHT # 0465 | DEPARTS<br>**OAK 11:45**AM<br>Oakland | | ARRIVES<br>**BOS 09:40**PM<br>Boston Logan |
| Stop: Columbus no plane change | | | |

# Payment information

| Total cost | |
| --- | --- |
| **Air - TCPOMH** | |
| Base Fare | $    696.74 |
| U.S. Transportation Tax | $     52.26 |
| U.S. Passenger Facility Chg | $      9.00 |
| U.S. Flight Segment Tax | $     16.80 |
| U.S. 9/11 Security Fee | $     11.20 |
| **Total** | **$    786.00** |

**Payment**

Visa ending in 8536
Date: November 27, 2019

**Payment Amount: $348.00**

**Credit from ticket: #5262137830162 to #5262145339825**
Date: November 4, 2019

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262145339825

# Prepare for takeoff

 **24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.

 **30 minutes** before your departure:

Arrive at the gate prepared to board.



HAMPTON INN BY HILTON OAKLAND DOWNTOWN
378 11TH STREET
OAKLAND, CA  94607
United States of America
TELEPHONE 510-607-8200  • FAX 510-607-8210
Reservations
www.hilton.com or 1 800 HILTONS

KILDUFF, CATHERINE

| | |
|---|---|
| Room No: | 505/NKRU |
| Arrival Date: | 12/18/2019  7:19:00 PM |
| Departure Date: | 12/20/2019 8:26:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | LADU |

UNITED STATES OF AMERICA

| | |
|---|---|
| Room Rate: | 155.82 |
| AL: | |
| HH # | 794744459 BLUE |
| VAT # | |
| Folio No/Che | 45658 A |

Confirmation Number: 87747158

HAMPTON INN BY HILTON OAKLAND DOWNTOWN 12/20/2019 8:26:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 12/18/2019 | 70982 | GUEST ROOM | $155.82 |
| 12/18/2019 | 70982 | RM OCCUPANCY TAX | $21.81 |
| 12/18/2019 | 70982 | RM OAKLAND TOURISM TAX | $1.50 |
| 12/18/2019 | 70982 | RM CA TOURISM ASSESSMENT | $0.30 |
| 12/19/2019 | 71232 | GUEST ROOM | $136.22 |
| 12/19/2019 | 71232 | RM OCCUPANCY TAX | $19.07 |
| 12/19/2019 | 71232 | RM OAKLAND TOURISM TAX | $1.50 |
| 12/19/2019 | 71232 | RM CA TOURISM ASSESSMENT | $0.27 |
| 12/20/2019 | 71308 | VS *8536 | ($336.49) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,700 hotels and resorts in 113 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 16985D | MERCHANT ID | 000100682400 |
| CARD NUMBER | | EXP DATE | |
| TRANSACTION ID | 71308 | TRANS TYPE | Sale |